367 A.2d 1090
Virginia PULLI, Appellant,

v.

WARREN NATIONAL BANK, Executor under the Will and
of the Estate of Franklin R. Henry, Deceased, et al.

Supreme Court of Pennsylvania.

Argued March 10, 1975.

Decided Jan. 28, 1977.

Richard A. Leuthold, Warren, for appellant.

Donald S. Mervine, Mervine & Calderwood, Warren G. Donald Gerlach, Robert W. Watson, Jr., Reed, Smith, Shaw & McClay, Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed. Each party to bear own costs.